UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA ALAMEDA, KAMECA BALAN, and DEBBIE HAMELL-PALMER, on their own behalves and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>- *against* -<br><br>ASSOCIATION OF SOCIAL WORK BOARDS,<br><br>Defendant. | No. 7:23-cv-06156 (KMK) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and exhibit(s) annexed thereto, and upon all the prior pleadings and proceedings herein, Defendant, the Association of Social Work Boards will move this Court before the Honorable Kenneth M. Karas at the United States District Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, at a date and time to be determined by the Court, for an Order dismissing the First Amended Complaint ("FAC") with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), on the grounds that the FAC fails to state a claim for relief, and for such other, further or different relief as the Court deems just and proper.

1

Dated: December 8, 2023

Respectfully submitted,

/s/ Jennifer Ancona Semko
Jennifer Ancona Semko (*pro hac vice*)
James Gilmore (*pro hac vice*)
BAKER McKENZIE LLP
815 Connecticut Ave., NW
Washington, DC 20006
Tel: (202) 835-4250
Fax: (202) 416-7055
jennifer.semko@bakermckenzie.com
james.gilmore@bakermckenzie.com

Jeffrey A. Sturgeon (*pro hac vice*)
Kelechi Okengwu
BAKER McKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Tel: (212) 626-4339
Fax: (212) 310-1870
jeffrey.sturgeon@bakermckenzie.com
kelechi.okengwu@bakermckenzie.com

*Attorneys for Defendant*
*Association of Social Work Boards*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2023, a true and correct copy of the foregoing was served on all counsel of record using the Court's electronic filing system.

/s/ Jennifer Ancona Semko