# SUSSMAN & GOLDMAN
## ~Attorneys at Law~

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924

**Michael H. Sussman**
**Jonathan R. Goldman**

(845) 294-3991 [Tel]
(845) 294-1623 [Fax]
info@susman.law

**Of Counsel**
Christopher D. Watkins
Mary Jo Whateley

MEMO ENDO

**VIA ECF**

December 20, 2023

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Alameda, et al. v. Association of Social Work Boards*
           No. 7:23-cv-06156 (KMK)

Dear Judge Karas,

    This office represents the plaintiffs in the above-referenced matter. Plaintiffs' opposition to defendant's motion to dismiss is presently due December 22, 2023, with defendant's reply due January 9, 2024. On consent of opposing counsel, I write to respectfully request a two-week extension of these deadlines, making plaintiff's opposition due January 5, 2024 and defendant's reply due January 23, 2024. This is our first request for an extension of these deadlines. We thank the Court for its consideration of this request and wish all a happy holiday season and all the best for the new year.

Respectfully submitted,

Jonathan R. Goldman, Esq.

cc: All counsel of record (by ECF)

Granted.

So Ordered.
12/21/23