

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

**VIA ECF**

January 15, 2025

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Alameda v. ASWB*
                No. 7:23-cv-06156 (KMK)

Dear Judge Karas,

    This office is of counsel to Sussman & Associates, which represents the plaintiffs in the above-referenced matter. Plaintiffs' opposition to defendant's motion to dismiss is presently due January 17, 2025, with defendants' reply due January 31, 2025. With consent of opposing counsel, I write to respectfully request that this briefing schedule be extended by one week, with plaintiffs' opposition due January 24, 2025 and defendant's reply due February 7, 2025. This is our first request for an extension of the briefing schedule. We thank the Court for its consideration of this request

                                Respectfully submitted,

                                /s/ *Jonathan R. Goldman*

                                Jonathan R. Goldman, Esq.

cc: All counsel of record (by ECF)

                              Granted.

                            So Ordered.

                            1/16/25