UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TARA ALAMEDA, KAMECA BALAN, and
DEBBIE HAMELL-PALMER, each on their
own behalf and on behalf of a class of
similarly situated persons,

                        Plaintiffs,

       -against-                                          23 **CIVIL** 6156 (KMK)

                                                                     **JUDGMENT**

ASSOCIATION OF SOCIAL WORK
BOARDS,

                        Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2025, the Motion is granted. Plaintiffs have amended their pleading twice, once after being put on notice of its deficiencies. *See Goldrich v. Masco Corp.*, No. 22-CV-3769, 2023 WL 2649049, at *10 (S.D.N.Y. Mar. 27, 2023) (rendering "the first adjudication of Plaintiff's claims on the merits"). "To grant Plaintiffs leave to amend would be allowing them a 'third bite at the apple,' which courts in this [D]istrict routinely deny." *Binn v. Bernstein*, No. 19-CV-6122, 2020 WL 4550312, at *34 (S.D.N.Y. July 13, 2020) (collecting cases), *report and recommendation adopted*, 2020 WL 4547167 (S.D.N.Y. Aug. 6, 2020); *see also Kamdem-Ouaffo v. Pepsico, Inc.*, 160 F. Supp. 3d 553, 574 n.28 (S.D.N.Y. 2016) ("[T]he [c]ourt has given [p]laintiff two bites at the apple, and there is no need for a third bite."); *cf. Nat'l Credit Union Admin. Bd. v. U.S. Bank Nat'l Ass'n*, 898 F.3d 243, 257–58 (2d Cir. 2018) ("When a plaintiff was aware of the deficiencies in his complaint when he first amended, he clearly has no right to a second amendment even if the proposed second amended complaint in fact cures the defects of the first. Simply put, a busy district court need not

allow itself to be imposed upon by the presentation of theories seriatim." (alteration adopted) (footnote and quotation marks omitted)). Plaintiff's SAC is therefore dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

September 26, 2025

                                       **TAMMI M. HELLWIG**
                                       **Clerk of Court**

                **BY:**        *K. Mango*
                                       **Deputy Clerk**